IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated,<br>    Plaintiff,<br>        v.<br>BUREAU OF COLLECTION RECOVERY, LLC,<br>    Defendant. | Case No.: 1:10-cv-7725<br><br>Hon. Judge St. Eve<br><br>Magistrate Judge Gilbert |

**UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO CLASS ACTION COMPLAINT**

NOW COMES Defendant, BUREAU OF COLLECTION RECOVERY, LLC ("Defendant"), and moves this Honorable Court for the entry of an order extending the time to answer or otherwise respond to the Class Action Complaint until January 28, 2011, and in support states:

1. Defendant was served with summons and its response to the Class Action Complaint is due on or about December 30, 2010. Defense counsel received a copy of the Complaint just be for Christmas. In order to have sufficient time to review this Class Action Complaint, Defendant seeks until January 28, 2011 to answer or respond.

3. Defense counsel has obtained Plaintiff's counsel's consent to this motion.

WHEREFORE, Defendant respectfully requests that this Honorable Court to issue a minute order assigning granting Defendant until January 28, 2011, to answer or otherwise respond to Plaintiff's Class Action Complaint.

.

Respectfully submitted,

Defendant BUREAU OF
COLLECTION RECOVERY, LLC

*/s/ James C. Vlahakis*
James C. Vlahakis
ARDC No. 6230459
Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Chicago, IL 60601
tel: 312-704-3000
fax: 312-704-3001
jvlahakis@hinshawlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 30, 2010, I electronically filed the above document with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system.

Alexander Burke
Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

                                        Counsel for Defendant,
                                        BUREAU OF
                                        COLLECTION
                                        RECOVERY, LLC,

                                        s/James C. Vlahakis
                                        James C. Vlahakis
                                        ARDC No. 6230459
                                        Hinshaw & Culbertson LLP
                                        222 North LaSalle, Suite 300
                                        Chicago, IL 60601
                                        tel: 312-704-3000
                                        fax: 312-704-3001
                                        jvlahakis@hinshawlaw.com